OHIO STATE BAR ASSOCIATION *v.* REKEWEG.

(D. D. No. 72—Decided April 27, 1966.)

*Mr. Thomas R. Spellerberg, Mr. William F. Hecker, Mr. Robert J. Kuhn* and *Mr. John R. Welch,* for relators.

*Mr. Arthur S. Newcomer, Mr. John B. Dwyer* and *Mr. John J. Chester,* for respondent.

*Per Curiam.* The findings of the board are supported by the evidence and its recommendation is warranted. Therefore, the report of the board is confirmed, and judgment is rendered permanently disbarring respondent from the practice of law.

*Report confirmed and judgment accordingly.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL and BROWN, JJ., concur.

HERBERT and SCHNEIDER, JJ., are of the opinion that suspension for an indefinite period would be sufficient.